```
                                        FILED
                                      MAR 16 2015
                                  CLERK, U.S. DISTRICT COURT
                                     DISTRICT OF NEVADA
                                  BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| QBE SPECIALITY INSURANCE COMPANY, a foreign corporation<br><br>Plaintiff,<br><br>vs.<br><br>KIT MORRISON, an individual, GLOBAL RESOURCE PARTNERS, INC., a foreign corporation; and KSM, LLC, a foreign limited liability company,<br><br>Defendants. | Case No.: 2:13–cv-00119-JAD-NJK<br><br>**Final Order and Judgment** |

On 9/8/14, the court granted summary judgment in plaintiff QBE Specialty Insurance Company's favor on its claims against Kit Morrison, Global Resource Partners, Inc., and KSM, LLC for breach of contract and equitable subrogation. Doc. 23. The court found that "$900,000 is the total amount of defendants' liability to QBE. *Id*. at 5.

Based upon that order (Doc. 23) and the parties' stipulation for the dismissal of all remaining claims and agreement that QBE is entitled to a $900,000 judgment against defendants (Doc. 25), and with good cause appearing and no reason for delay,

IT IS HEREBY ORDERED that **judgment is entered in favor of QBE Specialty Insurance Company and against Kit Morrison, Global Resource Partners, Inc., and KSM, LLC, jointly and severally, in the amount of $900,000** on QBE's claims for breach of contract and equitable subrogation;

IT IS FURTHER ORDERED that **all remaining claims are dismissed** pursuant to stipulation (Doc. 25).

1     The Clerk of Court is directed to close this case.

2     Dated March 16, 2015.

                                               _____
                                               Jennifer A. Dorsey
                                               United States District Court Judge